UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

SARAH LAWRENCE COLLEGE, et al.,

                Defendants.

**ORDER**

19-CV-10028 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court held a telephonic conference on October 1, 2020. Counsel for all parties appeared. In accordance with the Stipulated Confidentiality Agreement and Protective Order (Doc. 33), for the reasons stated on the record, the Court directs as follows:

      **1.**    Plaintiff shall produce to Defendants, before 5:00 p.m. on October 2, 2020, unredacted copies of: (1) all 71 pages of records produced by Dr. Shiekh; and (2) all 37 pages of records produced by Dr. Toler; and

      **2.**    All pretrial issues, including extension of discovery deadlines and document production from Drs. Wheeler, Doyle, Otis, Leister, McClung, and Ms. Threats, will be referred to Magistrate Judge McCarthy. An Order of Reference shall be docketed separately.

                                            **SO ORDERED:**

Dated:  New York, New York
           October 1, 2020

                                            PHILIP M. HALPERN
                                            United States District Judge