UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

               Plaintiff,

-against-

SARAH LAWRENCE COLLEGE, et al.,

               Defendants.

**ORDER**

19-CV-10028 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On October 1, 2020, the Court entered an Order of Reference referring this matter to Magistrate Judge McCarthy for General Pretrial Matters. (Doc 42). Upon review of the docket, on December 2, 2020, Magistrate Judge McCarthy directed the parties to submit a proposed discovery plan for her review by January 8, 2021. (Dec. 2, 2020 Minute Entry). Accordingly, the Case Management Conference previously scheduled by this Court to be held on December 14, 2020 at 2:00 p.m., following the close of discovery, is adjourned *sine die*.

                                 **SO ORDERED:**

Dated:   New York, New York
           December 3, 2020

                                 _____
                                 PHILIP M. HALPERN
                                 United States District Judge