UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JANE DOE,

                        Plaintiff,                   **ORDER**

      -against-                             19 Civ. 10028 (PMH)(JCM)

SARAH LAWRENCE COLLEGE,
CRISTLE COLLINS JUDD, ALLEN GREEN,
DANIEL TRUJILLO, PAIGE CRANDALL,
and BEVERLY FOX,

                       Defendants.
---------------------------------------------------------X

      Plaintiff's motion for a protective order is *sub judice*. The Court has been parsing through the documents submitted *in camera* to determine the applicability of the psychotherapist-patient privilege. To assist the Court in its analysis, Plaintiff is directed to submit under seal, by January 8, 2021, Bates-stamped versions of Exhibits B and C to its Memorandum of Law in Support of its Motion for Protective Order (Docket Nos. 47-2, 47-3).

Dated:    January 7, 2021
            White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge