UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

SARAH LAWRENCE COLLEGE, *et al.*,

                Defendants.

**ORDER**

19-CV-10028 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a telephonic Case Management Conference in the above-referenced matter on November 16, 2021. Counsel for all parties appeared.

The Court reaffirmed its conclusion, on the record, that the time within which the parties could move for summary judgment has expired. (Doc. 69); *see also* Fed. R. Civ. P. 56(b). The Court, accordingly, did not grant Defendants leave to file an untimely motion for summary judgment. The Court did, however, indicate that it would consider a request to file a belated motion for summary judgment. Defendants were, consequently, granted leave to file a letter, in accordance with this Court's Individual Practices, requesting a pre-motion conference to discuss a belated motion for summary judgment. Accordingly: **(1)** Defendants shall serve their 56.1 Statement of Material Facts, in compliance with the Local Civil Rules and this Court's Individual Practices, on Plaintiff on November 23, 2021; **(2)** Plaintiff shall serve her opposition to Defendants' 56.1 Statement of Material Facts on Defendants on December 7, 2021; **(3)** Defendants shall then serve and file a letter requesting a pre-motion conference to discuss a belated motion for summary judgment, in accordance with this Court's Individual Practices, on December 10, 2021; and **(4)** Plaintiff's opposition to Defendants' request shall be served and filed on December 17, 2021.

The Court directs also that the parties shall meet and confer regarding settlement in good faith. Following these efforts, the parties shall—also on December 17, 2021—file a joint letter: (1) providing the date, time, and duration of each meet and confer, along with the ultimate outcome of those discussions; and (2) advising as to whether the parties would like to be referred to Magistrate Judge McCarthy or the Court's Mediation Program for settlement purposes.

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 70 and Doc. 71.

SO ORDERED:

Dated: White Plains, New York
November 16, 2021

_____
PHILIP M. HALPERN
United States District Judge